# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 287 MAL 2015

Respondent  :

:  Petition for Allowance of Appeal from
:  the Order of the Superior Court

v.  :

SHANE SHAQUILL HOLLOWAY,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.